# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00226-CV

**Sue Cook, Appellant**

**v.**

**Trinity Universal Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-03-000680, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sue Cook filed a motion requesting that her appeal be dismissed. *See*
Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: May 29, 2007